# CARTER LEDYARD & MILBURN LLP

*Counselors at Law*

**Mitchell C. Shapiro**
**Partner**
•
*Direct Dial: 212-238-8882*
*E-mail: mcshapiro@clm.com*

*2 Wall Street*
*New York, NY 10005-2072*
•
*Tel (212) 732-3200*
*Fax (212) 732-3232*

*570 Lexington Avenue*
*New York, NY 10022-6856*
*(212) 371-2720*

July 28, 2015

**BY ECF FILING**
Catherin O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    Process America, Inc. v. Cynergy Holdings, LLC,
                  Case No. 15-2081

Dear Ms. Wolfe:

      This firm represents Plaintiff-Appellant Process America, Inc. in the above referenced appeal from the United States District Court for the Eastern District of New York. Please be advised that we have ordered and paid for all three of the trial transcripts in, but have only received two of the three transcripts from the court reporters. We expect to receive the final transcript shortly and will update the Court in due course.

                                      Respectfully submitted,

                                      Mitchell C. Shapiro

Cc: All counsel of record by ECF

7659514.1