# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of October, two thousand and fifteen.

Before:   Ralph K. Winter,
*Circuit Judge.*
_____

Process America, Inc.,

  Plaintiff - Counter Defendant - Appellant,

v.

Cynergy Holdings, LLC,

  Defendant - Counter Claimant - Appellee,

John Does 1-10, Richard Roes, Incorporated 1-10 (said John Does 1-10 and Richard Roes Incorporated 1-10 being fictitious persons and/or business entities et al),

  Defendants - Appellees.

_____

**ORDER**
Docket No. 15-2081

Appellant moves for a 60-day extension of time to file the principal brief and appendix.

IT IS HEREBY ORDERED that the motion is DENIED.  Counsel has had ample time to prepare a brief in this matter.  T he religious holidays mentioned have been scheduled for centuries and a busy practice does not constitute a justification for an extension of time.  See <u>RLI Ins. Co. v. JDJ Marine, Inc.</u>, 716 F.3d 41, 43-45 (2d Cir. 2013).  However, the court will grant a grace period until November 6, 2015 for the filing of appellant's brief.  However, the appeal is dismissed effective November 6, 2015 unless a brief is filed by that date.  A motion for reconsideration or other relief will not stay the effectiveness of this order.  See <u>RLI Ins. Co. v. JDJ Marine, Inc.</u>, 716 F.3d 41, 43-45 (2d Cir. 2013).

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

